# Schedule A

**GAOTU TECHEDU INC**  **Ticker:** **GOTU**  **Cusip:** **36257Y109**

Class Period: 02/22/2021 to 03/29/2021

**Travis Florio**

| | DATE | SHARES | PRICE |
|---|---|---|---|
| **Purchases:** | 3/26/2021 | 31 | $31.08 |