IH-32  Rev: 2014-1

# United States District Court
for the
## Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

TRAVIS FLORIO, Individually and on Behalf of All Others Similarly Situated,

Plaintiff

vs.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendant

Case Number: 21-cv-8618

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

CHEW KING TAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff

vs.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendant

Case Number: 21-cv-8413-PAC

IH-32  Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

The complaint was filed and served on all defendants.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This action involves the same defendants, asserts the same claims, and arises from the same or substantially identical transactions, incidents, or events requiring the same or substantially identical questions of law or fact.

Signature: /s/ Thomas L. Laughlin, IV        Date: 10/20/2021

Firm: Scott+Scott Attorneys at Law LLP