# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEW KING TAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-08413-PAC |
| TRAVIS FLORIO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-08618-PAC |

MICHAEL MERSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-08752-PAC

MARK ULANCH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-08897-PAC

ALMA FELIX, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-10286-PAC

| | |
|---|---|
| ALISON SCULLY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>　　　　　　Defendants. | Case No.: 1:21-cv-10791-PAC |
| KEVIN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-00169-PAC |

**<u>DECLARATION OF MICHAEL CINNAMON PURSUANT TO LOCAL RULE 1.4</u>**

I, Michael Cinnamon, declare as follows pursuant to 28 U.S.C. § 1746:

1.　I am a member of the bar of the Southern District of New York and am admitted to practice before the United States District Court for the Southern District of New York.  On November 30, 2022, I appeared in the above-captioned case.

2.    I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for The Goldman Sachs Group, Inc.

3.    Following November 10, 2023, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4.    Carmine D. Boccuzzi, Jr., Mijin Kang, and Olivia Everton from Cleary Gottlieb have also appeared in this action on behalf of The Goldman Sachs Group, Inc. and will continue to be counsel of record.  Accordingly, no delay or prejudice to any party will result from my withdrawal.

5.    No retaining or charging lien is being asserted.

6.    Copies of this motion have been provided to The Goldman Sachs Group, Inc.


Dated: November 10, 2023

By:  /s/ *Michael Cinnamon*
     Michael Cinnamon
     mcinnamon@cgsh.com
     CLEARY GOTTLIEB STEEN & HAMILTON LLP
     One Liberty Plaza
     New York, NY 10006
     Telephone: (212) 225-2000