**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEW KING TAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>  v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>        Defendants. | Case No.: 1:21-cv-08413-PAC |
| TRAVIS FLORIO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br>  v.<br><br>GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,<br><br>        Defendants. | Case No.: 1:21-cv-08618-PAC |

MICHAEL MERSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-08752-PAC

MARK ULANCH, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-08897-PAC

ALMA FELIX, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-10286-PAC

ALISON SCULLY, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

          v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

                    Defendants.

Case No.: 1:21-cv-10791-PAC

KEVIN LEE, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

          v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

                    Defendants.

Case No.: 1:22-cv-00169-PAC

IGOR LI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-09420-PAC

SU YAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-10999-PAC

KAI CHEN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

GOLDMAN SACHS GROUP INC. and MORGAN STANLEY,

Defendants.

Case No.: 1:21-cv-09564-PAC

## DECLARATION OF OLIVIA EVERTON PURSUANT TO LOCAL RULE 1.4

I, Olivia Everton, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of the Southern District of New York and am admitted to practice before the United States District Court for the Southern District of New York.  I have appeared in the above-captioned case.

2. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of my motion for leave to withdraw as counsel for The Goldman Sachs Group, Inc.

3. Following June 18, 2024, I will no longer be associated with Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb").

4. Carmine D. Boccuzzi, Jr. and Mijin Kang, from Cleary Gottlieb have also appeared in this action on behalf of The Goldman Sachs Group, Inc. and will continue to be counsel of record.  Accordingly, no delay or prejudice to any party will result from my withdrawal.

5. No retaining or charging lien is being asserted.

6. Copies of this motion have been provided to The Goldman Sachs Group, Inc.

Dated: June 18, 2024

By: /s/ *Olivia Everton*
Olivia Everton
oeverton@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000